GANDÍA, DEMANDANTE Y APELADO, *v.* PORTO RICO FERTILIZER COMPANY, DEMANDADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Primera. Traslado de causa.

No. 2291.—Resuelto en marzo 10, 1921, por los fundamentos del caso No. 2284, *Gandía* v. *Stubbe,* de marzo 10, 1921.

*Confirmada la sentencia.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.